**No. 41980.**—Protests 50894–G, etc., of Bernard Judae & Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.